AO 422 (Rev. 12/85) Warrant for Arrest

SEALED ORIGINAL
ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR02-00260 DAE (01) |
| MICHELLE UILANI ILAE (01) | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST MICHELLE UILANI ILAE (01) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

COUNT 1:
CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at __ o'clock and __ min __
SUE BEITIA, CLERK

02 JUL 12 P 4:0

in violation of Title 21 United States Code, Section(s) 846.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | 07/12/02 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 7/12/02 | NAME AND TITLE OF ARRESTING OFFICER ROMAN BUYSN | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 8/6/02 | | |